**STATE OF NORTH CAROLINA**
**vs**
**ELIAS HANNA SYRIANI**
**DEFENDANT**

**MECKLENBURG COUNTY**

3-00-CV-208

FILED CHARLOTTE, N.C.
OCT 17 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

## ORDER SETTING DATE OF EXECUTION

On June 12, 1991, Elias Hanna Syriani was sentenced to death in Mecklenburg County Superior Court for the first-degree murder of Teresa Yousef Syriani. The North Carolina Supreme Court affirmed defendant Syriani's conviction and sentence of death on March 12, 1993.

On October 3, 2005, the Supreme Court of the United States denied defendant Syriani's petition for writ of certiorari to review the decision of the United States Fourth Circuit Court of Appeals, dismissing defendant Syriani's conviction and sentence of death following completion of initial State and Federal post-conviction proceedings.

**NOW THEREFORE, PURSUANT TO NORTH CAROLINA GENERAL STATUTE, § 15-194, IT IS HEREBY ORDERED** that the execution of the defendant Elias Hanna Syriani for the crime of first-degree murder, which was ordered upon the judgment previously entered sentencing the defendant to death, shall be set for and carried out on the 18th day of November, 2005, between the hours of 12:01 am and 12:00 midnight.

So ordered this the 13th day of October, 2005.
A Certified and True Copy

_Theodis Beck_
**Theodis Beck, Secretary**
**Department of Correction**

**I hereby certify that a copy of the foregoing ORDER SETTING EXECUTION DATE OF ELIAS HANNA SYRIANI has been served as listed below:**

Elias Hanna Syriani (cert. copy/hand delivered)
Central Prison
1300 Western Blvd.
Raleigh, NC 27606

Henderson Hill, Esq. (certified mail)
741 Kenilworth Avenue
Suite 300
Charlotte, NC 28204

Jacob H. Sussman, Esq. (certified mail)
741 Kenvilworth Avenue
Suite 300
Charlotte, NC 28204

Hon. Roy Cooper, Esq. (certified mail)
Attorney General, Dept. of Justice
114 West Edenton Street
MSC 9001
Raleigh, NC 27699-9001

Hon. Peter S. Gilchrist, III (certified mail)
Mecklenburg County District Attorney
700 E. Trade Street
Charlotte, NC 28202

Hon. Martha H. Curran (certified mail)
Mecklenburg County Clerk of Superior Court
P.O. Box 37971
Charlotte, NC 28237-7971

Marvin Polk, Warden
Central Prison
1300 Western Blvd.
Raleigh, NC 27606

William N. Farrell, Jr., Esq.
Senior Deputy AG, Dept. of Justice
114 West Edenton Street
MSC 9001
Raleigh, NC 27699-9001

Barry S. McNeill, Esq.
Senior Deputy AG, Dept. of Justice
114 West Edenton Street
MSC 9001
Raleigh, NC 27699-9001

Edwin W. Welch, Esq.
Special Deputy AG, Dept. of Justice
114 West Edenton Street
MSC 9001
Raleigh, NC 27699-9001

Boyd Bennett, Director
Division of Prisons
831 W. Morgan St.
MSC 4260
Raleigh, NC 27699-4260

Reuben Young, Esq., Counsel to Governor
Governor's Office
116 W. Jones St.
Raleigh, NC 27603

Hon. William K. Suter
Clerk, U.S. Supreme Court
One 1st Street NE
Washington, DC 20543

Hon. Christie Speir Cameron
Clerk, N.C. Supreme Court
P.O. Box 2170
Raleigh, NC 27602-2170

Hon. Patricia S. Connor, Clerk
U.S. Courthouse Annex, Suite 501
1100 E. Main Street
Richmond, VA 23219-3517

Hon. Robert P. Johnston
Senior Resident Judge
700 E. 4th Street
Charlotte, NC 28202

Hon. Frank G. Johns, Clerk
Western District Court of N.C.
210 Charles R. Jonas Federal Bldg.
401 W. Trade Street
Charlotte, NC 28202

This the 13th day of October, 2005

_LaVee Hamer_
**LaVee Hamer, General Counsel**
**North Carolina Department of Correction**